IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN DENESE BURKS, | No. C 12-02276 RS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO TRANSFER** |
| KENNETH L. SALAZAR, et al., | |
| Defendants. | |

Plaintiff Kathleen Burks, appearing *pro se* in this employment discrimination action against the Secretary of the Interior, moves to transfer the case to the United States District Court, Eastern District of California. According to the motion, the events at issue, the witnesses, and the other relevant evidence occurred within or are located in the Eastern District, and transfer would serve both the convenience of the parties and the interests of justice. *See* 28 U.S.C. § 1404. The government, which has not answered the complaint but makes a special appearance solely for purposes of responding to the instant motion, does not oppose transfer and agrees that the Eastern District is the proper venue for these proceedings. Accordingly, the motion is granted. The Clerk is directed to transfer the file to the Eastern District of California for further proceedings.

IT IS SO ORDERED.

Dated:  7/24/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-02276 RS
ORDER